No. 588, Misc.  WENDT *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  *Solicitor General Griswold* for the United States.

No. 623, Misc.  RAY *v.* UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF PENNSYLVANIA.  C. A. 3d Cir.  Certiorari denied.

No. 633, Misc.  DESMOND *v.* UNITED STATES BOARD OF PAROLE.  C. A. 1st Cir.  Certiorari denied.  *Thomas G. Dignan, Jr.,* for petitioner.  *Solicitor General Griswold* for respondent.

No. 641, Misc.  GRAVES *v.* NEVADA.  Sup. Ct. Nev. Certiorari denied.  *Harry E. Clairborne* for petitioner. *Harvey Dickerson,* Attorney General of Nevada, and *William J. Raggio* for respondent.

No. 648, Misc.  KAYSER ET AL. *v.* UNITED STATES. C. A. 8th Cir.  Certiorari denied.  *Solicitor General Griswold* for the United States.

No. 583, Misc.  SPIESEL *v.* ROOS ET AL.  C. A. 2d Cir. Certiorari denied.  MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

*Rehearing Denied.*

No. 569, Misc., October Term, 1966.  GRIFFIN *v.* HENDRICK, COUNTY PRISONS SUPERINTENDENT, 385 U. S. 981.  Motion for leave to file petition for rehearing denied.  MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. 636, Misc., October Term, 1967.  RUCKER *v.* PARKER ET AL., 389 U. S. 995, 390 U. S. 930.  Motion for leave to file second petition for rehearing denied.